# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| DIANE DONATO, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ORBITAL ATK, INC., DAVID W. THOMPSON, RONALD R. FOGLEMAN, KEVIN P. CHILTON, ROXANNE J. DECYK, LENNARD A. FISK, RONALD T. KADISH, TIG H. KREKEL, DOUGLAS L. MAINE, ROMAN MARTINEZ IV, JANICE I. OBUCHOWSKI, JAMES G. ROCHE, HARRISON H. SCHMITT, and SCOTT L. WEBSTER,<br><br>　　　　　　　Defendants. | Civil Action No.: 17-cv-1271<br><br>**CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Donato and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice as to Plaintiff and without prejudice as to all other members of the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the action.

Dated: November 20, 2017　　　　　**LEVI & KORSINSKY LLP**

　　　　　　　　　　　　　　　　　By:　*/s/ Elizabeth K. Tripodi*
**OF COUNSEL:**　　　　　　　　　　Elizabeth K. Tripodi (VA Bar No. 73483)
　　　　　　　　　　　　　　　　　1101 30th Street, N.W., Suite 115
**FEDERMAN & SHERWOOD**　　　Washington, DC 20007
William B. Federman　　　　　　　　T: (202) 524-4290
10205 North Pennsylvania Avenue　　F: (202) 333-2121
Oklahoma City, OK 73120　　　　　　Email: etripodi@zlk.com
Telephone: (405) 235-1560
Facsimile: (405) 239-2112　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

                                  */s/ Elizabeth K. Tripodi*
                                  Elizabeth K. Tripodi